

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00517-CR

Julio Louis **CRAWFORD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR10663
Honorable Melisa Skinner, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 11, 2014.

_____
Marialyn Barnard, Justice